UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DANA ADEMA, | ) | Civ. 07-4019-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| FIRST SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have entered into a stipulation for dismissal.  Good cause appearing, it is hereby

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed on its merits, without prejudice, and without costs to either party.

Dated September 24, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE